FILED

10/22/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 18-0282

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 18-0282

_____

IN RE THE PARENTING OF D.I.B., a Minor Child,

NICHOLAS R. BRACCIALE,

     Petitioner and Appellant,

    v.

GAIL A. SULLIVAN, f/k/a GAIL ANN INGELS,

     Respondent and Appellee.

O R D E R

_____

Appellant Nicholas Bracciale moves for a 30-day extension of time within which to file his opening brief on the ground that the District Court will proceed with a scheduled October 28 hearing to determine whether enforcement or further amendments to the amended parenting plan are appropriate. Under the circumstances, the Court finds good cause for the requested extension.

IT IS THEREFORE ORDERED that the motion for a thirty-day extension is GRANTED. Appellant shall file his opening brief no later than November 30, 2020. Further requests for extension of time will be viewed with disfavor.

The Clerk is directed to provide notice of this Order to all counsel of record.

Electronically signed by:
Beth Baker
Justice, Montana Supreme Court
October 22 2020